**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M. DAVID WERTHEIMER,<br><br>      Plaintiff,<br><br>  v.<br><br>RANDY GROUNDS, et al.,<br><br>      Defendants. | NO. CV 13-8514-MMM(E)<br><br>ORDER TO SHOW CAUSE<br><br>RE TRANSFER OF ACTION |

    If any party objects to the transfer of this action to the United States District Court for the Northern District of California, such party shall file objections within twenty (20) days of the date of this Order. The objections shall show cause, if there be any, why this action should not be transferred to the Northern District of California on the grounds that venue is improper in the Central District of California.

    The Complaint purportedly alleges claims under 42 U.S.C. sections 1983 and 2000cc against state prison officials in connection with events allegedly occurring in a state prison within the Northern

District of California. Thus, venue would appear to be proper only in the Northern District of California. <u>See</u> 28 U.S.C. § 1391(b). "The district court of the district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such action to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Clerk shall mail copies of this Order to Plaintiff and to Defendants.

DATED: December 2, 2013.

_____/S/_____
               CHARLES F. EICK
       UNITED STATES MAGISTRATE JUDGE